IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hudson Insurance Company,                    :
                                             :
          Plaintiff(s),                      :
                                             :        Case Number: 1:18cv192
     vs.                                     :
                                             :        Judge Susan J. Dlott
Stice Family Logistics, LLC, et al.,         :
                                             :
          Defendant(s).                      :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on May 6, 2019 (Doc. 43), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired May 20, 2019, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for summary judgment is GRANTED (Doc. 35). The

Clerk is DIRECTED to enter a judgment against defendants in the amount of $87,188.51. This

case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court