## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**HUDSON INSURANCE COMPANY,**

    **Plaintiff,**

-vs-                                                        Case No.  1:18-CV-192

**STICE FAMILY LOGISTICS, LLC,** *et al.*,

    **Defendants.**

_____

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 43).  Plaintiff's Motion for Summary Judgment (Doc. 35) is GRANTED.  Judgment is entered against defendants in the amount of $87,188.51

Date:  May 30, 2019                                      RICHARD W. NAGEL, CLERK

                                                                          By:s/Emily Hiltz

                                                                          Emily Hiltz, Deputy Clerk